JAMES CORRIGAN, Respondent, v. GREEN FUEL ECONOMIZER, Appellant.— Judgment and order reversed and complaint unanimously dismissed, with costs, on the grounds (1) that there was no evidence in the case estab-

lishing negligence on the part of the defendant, and (2) that the plaintiff assumed the risk. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.